IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PETER MOORE, Individually and for Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| SHANAHAN ENGINEERING, INC., | ) ) ) |
| Defendant. | ) |

Case No. 3:20-cv-00021
Judge Aleta A. Trauger

## ORDER

For the reasons set forth in the accompanying Memorandum, defendant Shanahan Engineering, Inc.'s Motion to Dismiss named plaintiff Peter Moore's claims for lack of personal jurisdiction over the defendant is **GRANTED**. (Doc. No. 24.) Because the plaintiff has failed to establish that this case "could have been brought" in either of the two proposed transferee districts, 28 U.S.C. § 1406(a), his request for transfer rather than dismissal is **DENIED**, and this case is **DISMISSED WITHOUT PREJUDICE** for lack of personal jurisdiction over the defendant.

Because the case is being dismissed in its entirety, the other pending Motion to Dismiss (Doc. No. 29) is **DENIED AS MOOT**.

This is the final Order in this case.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
United States District Judge